IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN CUNNINGHAM, Individually and as Administrator of the Estate of PATRICIA L. CUNNINGHAM,<br><br>       Plaintiff,<br><br>v.<br><br>CVS HEALTH, et al.<br><br>       Defendants. | :<br>:<br>:<br>:<br>:   NO. 2:20-cv-02538<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT, CVS HEALTH CORPORATION'S
DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1 (Civil Action)**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, <u>CVS HEALTH CORPORATION</u>, makes the following disclosure:

  1. Is the party a non-governmental corporate party?  <u>YES.</u>

  2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:  <u>There is no such parent corporation</u>.

  3. If the answer to Number 1 is "yes", list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation: <u>There is no such corporation.</u>

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this requires.

**POST & SCHELL, P.C.**

BY: _____

Dated: June 2, 2020

Amalia V. Romanowicz, Esquire (I.D. # 65412)
A. Bryan Tomlinson, Esquire  (I.D. # 206114)
Four Penn Center, 13th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103-2808
215-587-1000 (Telephone)
215-587-1444 (Facsimile)
ARomanowicz@PostSchell.com
BTomlinson@PostSchell.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, A. Bryan Tomlinson, Esquire, hereby state that a true and correct copy of the foregoing document was served via E-Filing on the date set forth below upon the following individual(s):

Michael C. Ksiazek, Esquire
STARK & STARK, P.C.
777 Township Line Road, Ste. 120
Yardley, PA 19067
mksiazek@stark-stark.com

Matthew E. Hoover, Esquire
GRIM, BIEHN & THATCHER
104 South Sixth St., P.O. Box 215
Perkasie, PA 18944
mhoover@grimlaw.com

**POST & SCHELL, P.C.**

BY: _____

Dated:  June 2, 2020

Amalia V. Romanowicz, Esquire (I.D. # 65412)
A. Bryan Tomlinson, Esquire  (I.D. # 206114)
Four Penn Center, 13th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103-2808
215-587-1000 (Telephone)
215-587-1444 (Facsimile)
ARomanowicz@PostSchell.com
BTomlinson@PostSchell.com
Attorneys for Defendants