## Case

| | |
|---|---|
| Case Number: | 2020-04323 |
| Commencement Date: | 3/5/2020 |
| Case Type: | Summons Civil Action |
| PFA Number: | |
| Caption Plaintiff: | CUNNINGHAM, GLENN INDIVIDUALLY AND AS ADMIN OF THE ESTATE OF PATRICIA L CUNNINGHAM |
| Caption Defendant: | CVS HEALTH |
| Lis Pendens Indicator: | No |
| Status: | 6 - CLOSED |
| Judge: | SALTZ |
| Remarks: | |
| Sealed: | No |
| Interpreter Needed: | |

## Plaintiff

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| CUNNINGHAM, GLENN INDIVIDUALLY AND AS ADMIN OF THE ESTATE OF PATRICIA L CUNNINGHAM (ESTATE OF PATRICIA L CUNNINGHAM) | 1141 SNYDER ROAD B-11 LANSDALE, PA 19446 UNITED STATES | UNITED STATES | HOOVER, MATTHEW KSIAZEK, MICHAEL C KRAWITZ, JEFFREY A | Yes | 1 |

## Defendant

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| CVS HEALTH | ONE CVS DRIVE WOONSOCKET, RI 02895 UNITED STATES | UNITED STATES | TOMLINSON, A BRYAN ROMANOWICZ, AMALIA V | Yes | 1 |
| CVS PHARMACY INC | ONE CVS DRIVE WOONSOCKET, RI 02895 UNITED STATES | UNITED STATES | TOMLINSON, A BRYAN ROMANOWICZ, AMALIA V | Yes | 2 |
| PENNSYLVANIA CVS PHARMACY LLC (CVS PHARMACY #1379) | 840 VALLEY FORGE ROAD LANSDALE, PA 19446 UNITED STATES | UNITED STATES | TOMLINSON, A BRYAN | Yes | 3 |
| PENNSYLVANIA CVS PHARMACY LLC (CVS PHARMACY #338) | 2333 WELSH ROAD LANSDALE, PA 19446 UNITED STATES | UNITED STATES | TOMLINSON, A BRYAN | Yes | 4 |
| PENNSYLVANIA CVS PHARMACY LLC (CVS PHARMACY #987) | 548 DOYLESTOWN ROAD LANSDALE, PA 19446 UNITED STATES | UNITED STATES | TOMLINSON, A BRYAN | Yes | 5 |

## Docket Entry

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 3/5/2020 | Summons Civil Action | | No | 12700071 |
| 1 | E | 3/11/2020 | Affidavit/Certificate of Service of | WRIT OF SUMMONS ON 03/09/2020 TO CVS HEALTH AND CVS PHARMACY INC | No | 12707541 |
| 2 | E | 3/27/2020 | Entry of Appearance | OF A. BRYAN TOMLINSON FOR DEFENDANTS, CVS HEALTH AND CVS PHARMACY, INC. | No | 12719607 |
| 3 | E | 3/27/2020 | Entry of Appearance | OF AMALIA V. ROMANOWICZ FOR CVS HEALTH AND CVS PHARMACY, INC. | No | 12719632 |
| 4 | E | 3/27/2020 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 03/27/2020 TO MATTHEW E. HOOVER, ESQUIRE | No | 12719634 |
| 5 | E | 3/27/2020 | Demand for Jury Trial by | CVS HEALTH; CVS PHARMACY INC | No | 12719651 |
| 6 | E | 3/27/2020 | Affidavit/Certificate of Service of | DEMAND FOR JURY TRIAL ON 03/27/2020 TO MATTHEW E. HOOVER, ESQUIRE | No | 12719652 |
| 7 | E | 3/27/2020 | Praec to Enter Rule Upon | GLENN CUNNINGHAM INDIVIDUALLY AND AS ADMIN OF THE ESTATE OF PATRICIA L CUNNINGHAM TO FILE A COMPLAINT | No | 12719755 |
| 8 | E | 3/27/2020 | Affidavit/Certificate of Service of | RULE TO FILE COMPLAINT ON 03/27/2020 TO MATTHEW E. HOOVER, ESQUIRE | No | 12719761 |
| 9 | E | 3/31/2020 | Affidavit/Certificate of Service of | WRIT OF SUMMONS ON 3/20/2020 TO PENNSYLVANIA CVS PHARMACY, LLC, INDIVIDUALLY AND D/B/A CVS PHARMACY #338; PENNSYLVANIA CVS PHARMACY, LLC, INDIVIDUALLY AND D/B/A CVS PHARMACY #987;PENNSYLVANIA CVS PHARMACY, LLC, INDIVIDUALLY AND D/B/A CVS PHARMACY #1379 | No | 12721204 |
| | | | Entry of | OF A. BRYAN TOMLINSON FOR PENNSYLVANIA CVS PHARMACY LLC D/B/A CVS | | |

| 10 | E | 4/15/2020 | Appearance | PHARMACY #1379, CVS PHARMACY #338, AND CVS PHARMACY #987 | No | 12728294 |
|---|---|---|---|---|---|---|
| 11 | E | 4/15/2020 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 04/15/2020 TO MATTHEW E. HOOVER, ESQUIRE | No | 12728349 |
| 12 | E | 4/15/2020 | Entry of Appearance | OF AMALIA V. ROMANOWICZ FOR PENNSYLVANIA CVS PHARMACY L.L.C. | No | 12728348 |
| 13 | E | 5/22/2020 | Complaint In | | No | 12745164 |
| 14 | E | 5/22/2020 | Entry of Appearance | OF MICHAEL KSIAZEK FOR PLAINTIFFS | No | 12745180 |
| 15 | E | 5/22/2020 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 05/22/2020 TO COUNSEL | No | 12745184 |
| 16 | E | 5/22/2020 | Certificate of Merit | AS TO PENNSYLVANIA CVS PHARMACY, INDIVIDUALLY AND D/B/A CVS PHARMACY # 338, CVS PHARMACY #987 AND CVS PHARMACY #1379 | No | 12745286 |
| 17 | E | 5/22/2020 | Affidavit/Certificate of Service of | CERTIFICATE OF MERIT OF PENNSYLVANIA CVS PHARMACY INDIVIDUALLY AND D/B/A CVS PHARMACY #338, CVS PHARMACY #987 AND CVS PHARMACY 1379 ON 05/22/2020 TO COUNSEL | No | 12745294 |
| 18 | E | 5/22/2020 | Certificate of Merit | AS TO CVS HEALTH | No | 12745297 |
| 19 | E | 5/22/2020 | Affidavit/Certificate of Service of | CERTIFICATE OF MERIT CVS HEALTH ON 05/22/2020 TO COUNSEL | No | 12745301 |
| 20 | E | 5/22/2020 | Affidavit/Certificate of Service of | CVS PHARMACY INC ON 05/22/2020 TO COUNSEL | No | 12745343 |
| 21 | E | 5/22/2020 | Certificate of Merit | AS TO CVS PHARMACY INC | No | 12745340 |
| 22 | E | 5/22/2020 | Entry of Appearance | OF JEFFREY A. KRAWITZ FOR PLAINTIFFS | No | 12745409 |
| 23 | E | 5/22/2020 | Affidavit/Certificate of Service of | ENTRY OF APPEARANCE ON 05/22/2020 TO COUNSEL | No | 12745412 |
| 24 | E | 5/29/2020 | Notice of Removal | | No | 12748563 |
| 25 | E | 5/29/2020 | Affidavit/Certificate of Service of | PRAECIPE FOR REMOVAL ON 05/29/2020 TO PLAINTIFF'S COUNSEL | No | 12748575 |
| 26 | | 6/11/2020 | (Internal Use Only) Served | PENNSYLVANIA CVS PHARMACY LLC ON 6/8/20 | No | 12757627 |
| 27 | | 6/11/2020 | (Internal Use Only) Served | PENNSYLVANIA CVS PHARMACY LLC DBA ON 6/8/20 | No | 12757628 |
| 28 | | 6/18/2020 | (Internal Use Only) Served | PENNSYLVANIA CVS PHARMACY LLC D/B/A CVS #338 ON 6/11/20 | No | 12767838 |
| 29 | | 6/18/2020 | (Internal Use Only) Served | PENNSYLVANIA CVS PHARMACY LLC ON 6/11/20 | No | 12767839 |
| 30 | | 6/22/2020 | (Internal Use Only) Served | PENNSYLVANIA CVS PHARMACY LLC ON 6/10/20 | No | 12769713 |
| 31 | | 6/22/2020 | (Internal Use Only) Served | PENNSYLVANIA CVS PHARMACY LLC ON 6/10/20 | No | 12769724 |
| 32 | | 7/6/2020 | Papers forwarded to | UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PA 70180680000171620517 | No | 12781907 |