Case# 2020-04323-0 Docketed at Montgomery County Prothonotary on 03/05/2020 2:01 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

GLENN CUNNINGHAM INDIVIDUALLY AND AS ADMIN OF THE ESTATE OF PATRICIA L CUNNINGHAM

vs.

CVS HEALTH

NO. 2020-04323

## PRAECIPE FOR SUMMONS

To the Prothonotary:

Issue Summons in Civil Action in the above case.

Date   03/05/2020

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

MATTHEW HOOVER, ESQ.
Filing Party

209206
ID Number

GRIM BIEHN & THATCHER
Firm Name

104 SOUTH SIXTH STREET, PO BOX 215

Address

PERKASIE, PA 18944

(215)257-6811
Phone

* * * * * * * * *

TO:   Defendant(s)

You are notified that the Plaintiff(s) has / have commenced an action against you.



*n.m-*
Prothonotary, Montgomery County

Date:   03/05/2020                By:   Seth Rovner
                                        Clerk / Deputy

Addresses must be included for all parties.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

GLENN CUNNINGHAM INDIVIDUALLY AND AS ADMIN
OF THE ESTATE OF PATRICIA L CUNNINGHAM

vs.

CVS HEALTH

NO. 2020-04323

# CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document <u>commencing an action</u> in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: MATTHEW HOOVER, Esq., ID: 209206

Self-Represented (Pro Se) Litigant [ ]

**Class Action Suit**    [ ] Yes    [X] No

**MDJ Appeal**    [ ] Yes    [X] No        **Money Damages Requested** [X]

**Commencement of Action:**        **Amount in Controversy:**

Writ of Summons            More than $50,000

## Case Type and Code

Professional Liability: _____

Medical _____

**Other:** _____

Case# 2020-04323-0 Docketed at Montgomery County Prothonotary on 03/05/2020 2:01 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

__Montgomery__ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [ ] Complaint
- [x] Writ of Summons
- [ ] Petition
- [x] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Glenn Cunningham et al.

**Lead Defendant's Name:** CVS Health et al.

**Are money damages requested?** [x] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes  [x] No

**Is this an *MDJ Appeal*?** [ ] Yes  [x] No

**Name of Plaintiff/Appellant's Attorney:** Matthew E. Hoover

- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [x] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*

Case# 2020-04323-0 Docketed at Montgomery County Prothonotary on 03/05/2020 2:01 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2020-04323-0 Docketed at Montgomery County Prothonotary on 03/05/2020 2:01 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

GRIM, BIEHN & THATCHER
   MATTHEW E. HOOVER, ESQUIRE
   Attorney I.D. #209206
Attorneys for Plaintiffs
104 S. Sixth Street
P.O. Box 215
Perkasie, PA 18944
(215) 257-6811
mhoover@grimlaw.com

---

### IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PA
### CIVIL DIVISION - LAW

| | |
|---|---|
| Glenn Cunningham, Individually and as Administrator of the Estate of Patricia L. Cunningham<br>1141 Snyder Road, B-11<br>Lansdale, PA 19446 | CIVIL ACTION |
| Plaintiff<br>v. | DOCKET NO. |
| CVS Health<br>One CVS Drive<br>Woonsocket, RI 02895 | |
| and | |
| CVS Pharmacy, Inc.<br>One CVS Drive<br>Woonsocket, RI 02895 | |
| and | |
| Pennsylvania CVS Pharmacy, LLC,<br>Individually and d/b/a CVS Pharmacy #338<br>2333 Welsh Road<br>Lansdale, PA 19446 | |
| and | |
| Pennsylvania CVS Pharmacy, LLC,<br>Individually and d/b/a CVS Pharmacy #987<br>548 Doylestown Road<br>Lansdale, PA 19446 | |
| and | |

Case# 2020-04323-0 Docketed at Montgomery County Prothonotary on 03/05/2020 2:01 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
Pennsylvania CVS Pharmacy, LLC,           :
Individually and d/b/a CVS Pharmacy #1379 :
840 Valley Forge Road                     :
Lansdale, PA 19446                        :
            Defendants                    :
```

## PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons in the above-captioned case. Writ of Summons shall be forwarded to ___ Attorney/X Sheriff

Date: 3/5/2020

_____
Matthew E. Hoover, Esquire
Attorney I.D. No. 209206
Grim, Biehn & Thatcher
P.O. Box 215
Perkasie, PA 18944
(215) 257-6811

## WRIT OF SUMMONS IN CIVIL ACTION

TO:  Defendants _____

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFFS HAVE COMMENCED AN ACTION AGAINST YOU.

SEAL                                  Noah Marlier_____
                                      Prothonotary, Montgomery County

Date:_____

                                      By:_____
                                                                Deputy